# IN IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      v.<br><br>LOUIS CORDERO,<br>          Defendant. | CRIMINAL ACTION NO. 03-88-6<br><br>CIVIL ACTION NO. 12-4601 |

## ORDER

**AND NOW**, this 6th day of February, 2013, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Petitioner Louis Cordero's Motion to Vacate, Set Aside, or Correct Sentence (ECF 414) is **GRANTED**.

The Judgment and Commitment Order (ECF 298) is amended to add the following language: "Defendant's federal sentence shall be calculated so as to give Defendant credit for 13 months served in state prison."

The Court appoints Dana Bazelon, Esq., under the Criminal Justice Act for the limited purpose of seeing that the Bureau of Prisons is made aware of and follows this Order.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\CRIMINAL CASES\03-88-6 CORDERO, U.S. V\ORDER.DOCX